In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00213-CV
_____

WESLEY GLENN GAMMONS, Appellant

V.

DIANE WAUGH GAMMONS ON BEHALF OF K.D.G., Appellee

On Appeal from the County Court at Law
Liberty County, Texas
Trial Cause No. CV1712761

**MEMORANDUM OPINION**

Wesley Glenn Gammons, Appellant, filed a notice of appeal with the trial court on May 30, 2018. Despite written notices from this Court and an opportunity to cure, Appellant has neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. Additionally, neither the clerk's record nor the reporter's record have been filed, and the clerk and court reporter responsible for preparing the record in this appeal informed the Court that Appellant did not make arrangements to pay for the record. *See* Tex. R. App. P. 35.3. On September 7, 2018,

we notified the parties that the appeal would be dismissed unless the filing fee was paid and Appellant made arrangements for filing the record. Appellant did not respond to the Court's notices.

There being no satisfactory explanation for the failure to pay the filing fee for the appeal, and there being no satisfactory explanation for the failure to file the appellate record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on October 24, 2018
Opinion Delivered October 25, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.